UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERALD F. COLOMBE,

                         Plaintiff,

-against-

SULLIVAN CORRECTIONAL FACILITY,

                        Defendant.

24-cv-6993 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  November 19, 2024
          New York, New York

                                           /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                       Chief United States District Judge